# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 cr 99

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GARY MICHAEL JOYNER. | ) | |
| | ) | |

Pending before the Court is Defendant's Ex Parte Motion for Necessary Medical Treatment [# 13]. On November 3, 2017, the Court held a sealed hearing, with the Government present, to hear from Defendant as to why the motion should be ex parte. The Court determined that the motion may be heard but not ex parte.

The Court **ORDERS** the motion [# 13] be delivered to the Government. Defendant shall have 14 days to request a hearing or the Court will deny the motion.

Signed: November 8, 2017

Dennis L. Howell
United States Magistrate Judge

1