UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, NC
SEP 21 2018
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | DOCKET NO. 1:17CR99 |
| v. ) | |
| ) | ORDER OF DISMISSAL |
| GARY MICHAEL JOYNER ) | |

Leave of Court is hereby granted for the dismissal of the indictment in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

This __21__ day of __September__, 2018.

_____
MARTIN REIDINGER
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF NORTH CAROLINA